JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO MORA, | ) NO. EDCV 11-00323-CJC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MIKE McDONALD, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>January 16, 2013</u>.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE